**Order entered November 19, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00143-CR

**TORRY GOODSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F13-62599-K**

## ORDER

The Court **GRANTS** appellant's November 16, 2015 second motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **SEVEN (7) DAYS** from the date of this order.

/s/      ADA BROWN
JUSTICE